**Order filed November 30, 2011, Withdrawn, Appeal Reinstated and Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00513-CR
_____

**BRIAN WALKER SIMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1263348**

## O R D E R

On November 30, 2011, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file appellant's brief.

On December 9, 2011, appellant filed a motion to reinstate the appeal and his brief. The motion is GRANTED. Our order of November 30, 2011, is WITHDRAWN. The appeal is REINSTATED.

PER CURIAM